**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

VENICE PI, LLC.,
a California Limited Liability corporation

**MONTHLY STATUS REPORT**

COMES NOW Venice PI, LLC, ("Plaintiff"), by its attorneys, Brown & Kannady, LLC, and submits the following status report to inform the Court of the status of service in this case:

**Civil Action No. 17-cv-1850-WYD-MEH:** Doe 15 Dismissed with Prejudice 9.6.17.

**Civil Action No. 17-cv-1870-WYD-MEH:** Demand Letter sent to Does 9.8.17.

**Civil Action No. 17-cv-1954-WYD-MEH:** Case filed 8.14.17.

**Civil Action No. 17-cv-1988-WYD-MEH:** Case filed 8.17.17.

**Civil Action No. 17-cv-2021-WYD-MEH:** Case filed 8.22.17.

Respectfully submitted this 11th day of September 2017.

BROWN & KANNADY, LLC

**/s/ Scott T. Kannady**

Scott T. Kannady, No. 29995
2000 South Colorado Blvd., Suite 2-440
Denver, CO 80222
Phone: (303) 757-3800
Fax: (303) 757-3815
E-mail: scott@brownlegal.com
ATTORNEYS FOR PLAINTIFF

2

## CERTIFICATE OF SERVICE

     I hereby certify that on September 11, 2017, I electronically served the foregoing using the CM/ECF system to send electronic copies to all attorneys that have filed an appearance with the court.

                       By: /s/ Michelle M. Dickey
                       Michelle M. Dickey, Paralegal
                       Brown & Kannady, LLC